UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 13966
  KEVIN D WINTERS
  PATRICIA L WINTERS                           CHAPTER 13

                              JUDGE: JOHN H SQUIRES

      Debtor
  SSN XXX-XX-1989   SSN XXX-XX-4941

--------------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/08/04 and confirmed on 05/28/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  4782.70 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BEHINFAR ASSOC IN RADIOL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 699.20 | .00 | 165.48 |
| CENTRAL DUPAGE HOSPITAL | FILED LATE | .00 | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 534.02 | .00 | 126.39 |
| EMERGENCY & AMBULATORY C | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 17797.93 | .00 | 4212.20 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| STREAMWOOD BEHAVORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| THE PEDIATRIC FACULITY I | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 19031.15 | .00 | 19031.15 |
| PRINCIPAL PAID | .00 | .00 | 4504.07 | .00 | 4504.07 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 4504.07 | .00 | 4504.07 |

The Debtor's attorney, JAY M REESE                    , was allowed $     .00
and was paid $      .00 .

The Trustee received $   217.93 .

Refunds to the Debtor totaled $     60.70 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 10/08/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE